746 F.2d 1470
 Broughton (Celeste G.), Broughton (Justin John Gold),
Broughton (Robert R. Jr.)
v.
Boxley (J. Mac), Broughton, Broughton, McConnell & Boxley,
Partners, Broughton, Broughton, & Boxley, P.A., Broughton,
Wilkins & Crampton, P.A., Broughton (Robert B.), Estate of
Woodson Broughton, McConnell (John D.), Millbrook
Development Co., MRW Partnership, Sneeden (Jack A.)
 NO. 84-1169
 United States Court of Appeals,
fourth Circuit.
 OCT 26, 1984
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.